# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leticia Conde,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AZ Torres LLC, *et al.*,<br><br>　　　　　Defendants. | No. CV-24-01179-PHX-JJT<br><br>**ORDER** |

Upon review of Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 7), and good cause appearing,

**IT IS HEREBY ORDERED** the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 10th day of July, 2024.

_____
Honorable John J. Tuchi
United States District Judge